IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3011 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GARY E. RUSE, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the plaintiff,

IT IS ORDERED that Defendant Ruse's evidentiary hearing and sentencing are continued to Thursday, July 29, 2010, from 12:30-1:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated June 16, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge