IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3011 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| GARY E. RUSE, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After consultation with counsel, and with the agreement of the government and the defendant, following a consultation with the defendant's physician,

IT IS ORDERED that:

(1) The defendant's sentencing hearing is continued until Friday, October 15, 2010, to commence at 1:30 p.m. The hearing will be held in Lincoln, Nebraska, in Courtroom No. 1. The court allocates 1.5 hours to this sentencing proceeding.

(2) The defendant shall have until September 17, 2010, to submit a brief in response to the government's brief and index of evidence (filings 21 and 22). The government shall have 10 days thereafter to respond.

(3) The defendant's motion to continue sentencing (filing 23) is granted as provided herein and the government's response thereto (filing 24) is denied as moot.

DATED this 27th day of August, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge